**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALFONSO RODRIGUEZ,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/12/19

18 **CIVIL** 11402 (JPO)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 11, 2019, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings to include a new hearing and decision, and to assess the record evidence in accordance with the regulations pertaining to residual functional capacity, medical opinion evidence, subjective symptoms and work history.

**Dated:** New York, New York
          December 12, 2019

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                      **BY:**
                                                        **Deputy Clerk**